# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America )
v. )
) Case No. 2:13 MJ 521
)
)
)
)
Allen Jerome McBRIDE )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 09/29/2013 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code Section 751(a) | Escape |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark H. Stroh, Deputy U.S. Marshal S/OH
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2013

_____
*Judge's signature*

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**
**AFFIDAVIT**

I, Mark H. Stroh, being duly sworn, depose and say:

1. I have been employed by the United States Marshals Service, United States Department of Justice for over 25 years. Among many other duties and assignments, I am assigned to find and investigate fugitives. I have received extensive training and have a great deal of experience including violations under 18 United States Code section 751 (a).

2. On 03/29/2005, defendant Allen Jerome McBRIDE, aka: McBRIDE, Seth; aka: McBRIDE, Jerome; aka: JACKSON, Alan; SSN: 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; aka: SSN: 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; aka: SSN: 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; aka: SSN: 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; aka: SSN: 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; DOB: 10/19/1967, (hereinafter McBRIDE) was indicted in the United States District Court for the Southern District of Ohio charging McBRIDE with two (2) counts of both conspiracy to possess and distribute cocaine as well as distribution of cocaine, in case number 2:05 CR 055.

3. On 04/01/2005, McBRIDE was arrested by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the above charges. After McBRIDE's initial appearance on the above charge(s), McBRIDE was remanded to the custody of the United States Marshals Service, Southern District of Ohio.

4. On 08/11/2005, defendant McBRIDE pled guilty to count one of the indictment issued in the United States District Court for the Southern District of Ohio in case number 2:05 CR 055.

5. On 10/20/2005, defendant McBRIDE was sentenced by United States District Judge James L. GRAHAM, United States District Court for the Southern District of Ohio, after having pled guilty, to a sentence of one hundred thirty-two (132) months incarceration; five (5) years supervised release, and a one hundred dollar ($100) special assessment.

6. On 11/21/2005, defendant McBRIDE was transferred to the custody of the United States Bureau of Prisons (hereinafter BOP) as designated by the Attorney General of the United States, for service of the above sentence.

7. On 07/16/2013, while continuously being in the custody of the BOP, defendant McBRIDE's departed the custody of Federal Correctional Institution Gilmer, Gilmer, West Virginia and his custody was transferred to another designated institution, that is, Ralph W. Alvis House, (hereinafter Alvis House), 1755 Alum Creek Drive, Columbus, OH 43207.

8. On 07/16/2013, defendant McBride arrived at the Alvis House. McBRIDE was to remain in the custody of the BOP-through the Alvis House for the balance of McBRIDE's prison sentence. McBRIDE was not to be released from the custody of the BOP any earlier than 12/24/2013.

9. The Alvis House is a community based treatment center under contract with the BOP, is a half-way house for Federal Prisoners approved by the Attorney General of the United States, and is located within the Southern Judicial District of Ohio.

Prior to McBRIDE's release on 07/16/2013, McBRIDE executed a BOP Community Based Program Agreement in which McBRIDE agreed to abide by any/all rules, policies, procedures or directives of either the BOP or Alvis House staff.

10. On 09/27/2013 at 7:45 p.m., McBRIDE was allowed to leave the facility for a "home visit" pursuant Alvis House procedures and policies, but was required to return to the facility not later than 09/29/2013 at 8:00 p.m., unless otherwise required to come back before that time as directed by staff members.

11. On 09/29/2013, at approximately 8:36 a.m., McBRIDE returned to the Alvis House after being called by staff to report back to the Alvis House as directed, from the aforementioned "home pass."

During a routine search of inmate McBRIDE's property, specifically a pair of pants McBRIDE was carrying on his return, a white substance was found in the pants, which later field tested positive for cocaine base. Subsequent to the seizure of the cocaine base, McBRIDE walked out the front door of the facility without the permission or authorization of the staff of the Alvis House or any member of the BOP, thereby making him an escapee from a designated BOP institution.

12. On 09/29/2013, at approximately 4:55 p.m., documentation was sent to the U.S. Marshals Service, Southern District of Ohio via facsimile placing McBRIDE into "escape" status per the BOP-Community Corrections Manager-Cincinnati, OH.

As of 09/30/2013 at 3:00 p.m., McBRIDE has not made any efforts to make contact with the BOP, Alvis House or the United States Marshals Service, Southern District of Ohio.

Based on the foregoing facts, I believe there is probable cause to believe that McBRIDE, being a subject in the custody of the BOP, did commit the crime of Escape, in violation of Title 18, United States Code Section 751 (a).

_Mark H. Stroh DUSM S/OH_
Mark H. Stroh
Deputy United States Marshal
Southern District of Ohio

Sworn before me and subscribed in my presence this 1ST day of October, 2013 at Columbus, Ohio

_Elizabeth Preston Deavers_
Elizabeth Preston Deavers
United States Magistrate Judge
United States District Court
Southern District of Ohio